No. 246.   CORYELL ET AL. *v.* PHIPPS ET AL.   October 12, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.   *Messrs. T. Catesby Jones* and *Leonard J. Matteson* for petitioners.   *Messrs. Chauncey I. Clark* and *Eugene Underwood* for respondents.

No. 254.   SECURITIES AND EXCHANGE COMMISSION *v.* CHENERY CORPORATION ET AL.   October 12, 1942.   Petition for writ of certiorari to the U. S. Court of Appeals for the District of Columbia granted.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Solicitor General Fahy* and *Mr. Chester T. Lane* for petitioner.   *Mr. Spencer Gordon* for respondents.

No. 265.   CLYDE-MALLORY LINES *v.* THE EGLANTINE ET AL.   October 12, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted.   *Mr. Chauncey I. Clark* and *Eugene Underwood* for petitioner.   *Solicitor General Fahy* for respondents.

No. 268.   HARRIS, ADMINISTRATOR, *v.* ZION'S SAVINGS BANK & TRUST Co.   October 12, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted.   *Messrs. J. D. Skeen* and *E. J. Skeen* for petitioner.   *Mr. Hadlond P. Thomas* for respondent.

No. 269.   BRADY, ADMINISTRATRIX, *v.* ROOSEVELT STEAMSHIP Co., INC.   October 12, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second